B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Steeves, Douglas Robert** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Steeves, Alicia Leigh** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Alicia L. Parrish** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5778** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3328** |
| Street Address of Debtor (No. and Street, City, and State):<br>**420 West North Street**<br>**Peotone, IL**          ZIP Code **60468** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**420 West North Street**<br>**Peotone, IL**          ZIP Code **60468** |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business:<br>**Will** |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 1075**<br>**Peotone, IL**          ZIP Code **60468** | Mailing Address of Joint Debtor (if different from street address):<br>**P.O. Box 1075**<br>**Peotone, IL**          ZIP Code **60468** |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                              Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Steeves, Douglas Robert**<br>**Steeves, Alicia Leigh** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Lindsay Parkhurst**          **August 13, 2010**<br>Signature of Attorney for Debtor(s)          (Date)<br>**Lindsay Parkhurst** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                      Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Steeves, Douglas Robert**
**Steeves, Alicia Leigh**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Douglas Robert Steeves**
Signature of Debtor  **Douglas Robert Steeves**

**X** **/s/ Alicia Leigh Steeves**
Signature of Joint Debtor **Alicia Leigh Steeves**

Telephone Number (If not represented by attorney)

**August 13, 2010**
Date

#### Signature of Attorney*

**X** **/s/ Lindsay Parkhurst**
Signature of Attorney for Debtor(s)

**Lindsay Parkhurst 6201758**
Printed Name of Attorney for Debtor(s)

**Law Offices of Lindsay A. Parkhurst, P.C.**
Firm Name

**1 Dearborn Square, Suite 320**
**Kankakee, IL 60901-3957**

Address

**Email: Lindsay@Parkhurstlaw.com**
**815-933-0114  Fax: 815-933-7658**
Telephone Number

**August 13, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Douglas Robert Steeves**
      **Alicia Leigh Steeves**       Case No. _____

          Debtor(s)       Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Douglas Robert Steeves**

                                **Douglas Robert Steeves**

Date:   **August 13, 2010**

Certificate Number: 01401-ILN-CC-011946542



01401-ILN-CC-011946542

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>August 10, 2010</u>, at <u>4:23</u> o'clock <u>PM EDT</u>, <u>Douglas R Steeves</u> received from <u>GreenPath, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>August 10, 2010</u>          By:   <u>/s/Holli Bratt for Kristin Muir</u>

                                    Name:   <u>Kristin Muir</u>

                                    Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Douglas Robert Steeves**
       **Alicia Leigh Steeves**

Debtor(s)

Case No. _____

Chapter  **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Alicia Leigh Steeves**
                      **Alicia Leigh Steeves**

Date:  **August 13, 2010**

Certificate Number: 01401-ILN-CC-011946545



01401-ILN-CC-011946545

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>August 10, 2010</u>, at <u>4:23</u> o'clock <u>PM EDT</u>, <u>Alicia L Steeves</u> received from <u>GreenPath, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>August 10, 2010</u>                    By:    <u>/s/Holli Bratt for Kristin Muir</u>

                                              Name:   <u>Kristin Muir</u>

                                              Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Douglas Robert Steeves,**           Case No. _____
       **Alicia Leigh Steeves**

                               Debtors        Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 14,288.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 17,664.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 239,942.49 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 4,625.01 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,625.01 |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| | Total Assets | | 14,288.00 | | |
| | | Total Liabilities | | 257,606.49 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Douglas Robert Steeves,**                    Case No. _____

        **Alicia Leigh Steeves**

_____,     Chapter _____**7**_____

                                     Debtors

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 29,603.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 29,603.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,625.01 |
| Average Expenses (from Schedule J, Line 18) | 4,625.01 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,291.23 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 7,989.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 239,942.49 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 247,931.49 |

B6A (Official Form 6A) (12/07)

.

In re      **Douglas Robert Steeves,**                                      Case No. _____
           **Alicia Leigh Steeves**

_____,
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Douglas Robert Steeves,**                                    Case No. _____
       **Alicia Leigh Steeves**
_____ ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on Hand** | J | 50.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account-Joint- Charter 1** | J | 100.00 |
| | | **Checking Account--husband's account--Charter 1** | H | 50.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **$1,200 security deposit with Landlord Dan Hupe** | J | 1,200.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **bedroom set, lamps, computer, TV, radio, couch, chairs, kitchen table and chairs, dressers** | J | 300.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **used clothes and used shoes** | J | 200.00 |
| 7.  Furs and jewelry. | | **Jewelry** | J | 500.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **2,400.00**
(Total of this page)

____**2**____  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Douglas Robert Steeves,**               Case No. _____
       **Alicia Leigh Steeves**

_____,
                              Debtors
# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Douglas Robert Steeves,**              Case No. _____
        **Alicia Leigh Steeves**
_____ ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2001 Chevy Venture 180,000 miles, paid in full, no loan** | J | 538.00 |
| | | **1997 Ford F250, 180,000 miles, paid full, no loan** | J | 1,475.00 |
| | | **2004 Chevy Silverado, loan Wakovia, owe $17,664, mileage 70,000** | J | 9,675.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **computer, printer, fax machine, phone,filing cabnet** | J | 200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >  | 11,888.00 |
|---|---|---|
|  | (Total of this page) |  |
|  | Total > | 14,288.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re  **Douglas Robert Steeves,**          Case No. _____
**Alicia Leigh Steeves**

_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on Hand** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account-Joint- Charter 1** | **735 ILCS 5/12-1001(b)** | **100.00** | **100.00** |
| **Checking Account--husband's account--Charter 1** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **$1,200 security deposit with Landlord Dan Hupe** | **735 ILCS 5/12-1001(b)** | **1,200.00** | **1,200.00** |
| **Household Goods and Furnishings** | | | |
| **bedroom set, lamps, computer, TV, radio, couch, chairs, kitchen table and chairs, dressers** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **Wearing Apparel** | | | |
| **used clothes and used shoes** | **735 ILCS 5/12-1001(a)** | **200.00** | **200.00** |
| **Furs and Jewelry** | | | |
| **Jewelry** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2001 Chevy Venture 180,000 miles, paid in full, no loan** | **735 ILCS 5/12-1001(b)** | **538.00** | **538.00** |
| **1997 Ford F250, 180,000 miles, paid full, no loan** | **735 ILCS 5/12-1001(c)** | **1,475.00** | **1,475.00** |
| **Office Equipment, Furnishings and Supplies** | | | |
| **computer, printer, fax machine, phone,filing cabnet** | **735 ILCS 5/12-1001(b)** | **200.00** | **200.00** |

|  | | Total: | **4,613.00** | **4,613.00** |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **Douglas Robert Steeves,**
**Alicia Leigh Steeves**                                              Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **July 2009** | | | | | |
| **Wachovia Dealer Service** **PO Box 1697** **Winterville, NC 28590** | | H | **purchase money** **2004 Chevy Silverado, loan Wakovia, owe $17,664, mileage 70,000** | | X | | | |
| | | | Value $                          9,675.00 | | | | 17,664.00 | 7,989.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

|  | Subtotal (Total of this page) | 17,664.00 | 7,989.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 17,664.00 | 7,989.00 |

B6E (Official Form 6E) (4/10)

.

In re   **Douglas Robert Steeves,**                                    Case No. _____
        **Alicia Leigh Steeves**
_____,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__0__   continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Douglas Robert Steeves,**
**Alicia Leigh Steeves**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx5740<br><br>**Afni, Inc.**<br>**PO Box 3427**<br>**Bloomington, IL 61702** | | H | **Opened 9/29/08**<br>**Collection At T Mobility** | | | | **413.00** |
| Account No.<br><br>**AT&T Mobile**<br>**5020 Ash Grove Rd.**<br>**Springfield, IL 62711** | | | **Representing:**<br>**Afni, Inc.** | | | | **Notice Only** |
| Account No. -xxxxxxxxxxxxx5623<br><br>**AMEX**<br>**Bankruptcy Division**<br>**P.O. Box 297871**<br>**Fort Lauderdale, FL 33329-7871** | | J | **Opened 3/01/01 Last Active 12/01/03**<br>**balance owed** | | X | | **157.00** |
| Account No. -xxxxxxxxxxxxx7431<br><br>**AMEX**<br>**P.O. Box 297871**<br>**Fort Lauderdale, FL 33329-7871** | | J | **Opened 11/01/03 Last Active 9/22/05**<br>**credit card** | | X | | **113.00** |

__24__  continuation sheets attached

Subtotal (Total of this page)    **683.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        S/N:31559-100726    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Douglas Robert Steeves,**
**Alicia Leigh Steeves**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxxxx5623 | | | | Opened 3/01/01 Last Active 12/01/03 credit card | | | | |
| **AMEX** P.O. Box 297871 Fort Lauderdale, FL 33329-7871 | | J | | | | X | | 69.00 |
| Account No. | | | | 04-04 repossessed 2001 Dodge Caravan | | | | |
| **Bank One f/k/a First USA** C/O Viking Collection Service Inc. 7500 Office Ridge Circle Eden Prairie, MN 55344-3678 | | H | | | | X | | 26,598.00 |
| Account No. xxxxxxx8518 | | | | Opened 3/16/01 Last Active 6/25/04 ChargeAccount charge off | | | | |
| **Capital One** PO Box 85520 Richmond, VA 23285 | | W | | | | X | | 4,598.00 |
| Account No. xxxxxxx1194 | | | | Opened 12/21/01 Last Active 12/07/09 credit card | | | | |
| **Capital One** P0 Box 85520 Richmond, VA 23285 | | H | | | | | | 3,664.00 |
| Account No. xxxx-xxxx-xxxx-2454 | | | | Opened 12/13/01 Last Active 5/15/04 ChargeAccount | | | | |
| **Capital One** PO Box 85520 Richmond, VA 23285 | | W | | | | X | | 3,539.00 |

Sheet no. __1__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**38,468.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Douglas Robert Steeves,**                                          Case No. _____
  **Alicia Leigh Steeves**
_____,
                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx9911**<br><br>**Capital One**<br>**PO Box 85520**<br>**Richmond, VA 23285** | | J | **opened 12/01 last reported 01/05**<br>**credit card** | | | | 2,467.00 |
| Account No. **xxxx-xxxx-xxxx-1740**<br><br>**Capital One Bank**<br>**Po Box 85520**<br>**Richmond, VA 23285** | | J | **1/08**<br>**credit card** | | X | | 2,649.10 |
| Account No. **2344370**<br><br>**OSI Collection Services, Inc.**<br>**P.O. Box 952**<br>**Brookfield, WI 53008** | | | **Representing:**<br>**Capital One Bank** | | | | Notice Only |
| Account No. **xxxxxxxxxxx3016**<br><br>**Central Illinois Radiologists SC**<br>**Patient Accounts**<br>**7800 N Sommer St. - Ste #420**<br>**Peoria, IL 61615** | | J | **3-09**<br>**medical services Alicia** | | X | | 266.00 |
| Account No. **xxxxxxxxxxxxxx6DMM**<br><br>**OAC**<br>**PO Box 371100**<br>**Milwaukee, WI 53237-1068** | | | **Representing:**<br>**Central Illinois Radiologists SC** | | | | Notice Only |

Sheet no. __**2**___ of __**24**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,382.10

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Douglas Robert Steeves,**
    **Alicia Leigh Steeves**
                                                     ,
                                      Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx5191**<br><br>**T-H Professional and Med Collections Ltd**<br>**PO Box 10166**<br>**Peoria, IL 61612-0166** | | | Representing:<br>**Central Illinois Radiologists SC** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx7826**<br><br>**Central Illinois Radiologists SC**<br>**Patient Accounts**<br>**7800 N Sommer St. - Ste #420**<br>**Peoria, IL 61615** | J | | 3-09 - 5-2209<br>**MEDICAL SERVICES** | | X | | **1,117.00** |
| Account No. **xxxxxxxxxxxxxxx6DMM**<br><br>**OAC PO**<br>**PO Box 37110**<br>**Milwaukee, WI 53237** | | | Representing:<br>**Central Illinois Radiologists SC** | | | | **Notice Only** |
| Account No. **xxxxxxxxx826.1**<br><br>**T-H Professional and Med Collection**<br>**PO Box 10166**<br>**Peoria, IL 61612-0166** | | | Representing:<br>**Central Illinois Radiologists SC** | | | | **Notice Only** |
| Account No. **xxxxxxx2568**<br><br>**Chase**<br>**Bankruptcy Division**<br>**PO Box 15298**<br>**Wilmington, DE 19850** | J | | Opened  3/01/87  Last Active  1/03/10<br>credit card | | X | | **188.00** |
| Sheet no. __3__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal<br>(Total of this page) | | | | **1,305.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Douglas Robert Steeves,**
       **Alicia Leigh Steeves**                                    Case No. _____

_____ ,
                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx0102** | | | **3/01** **credit card** | | | | |
| **Chase** **P0 Box 15298** **Wilmington, DE 19850** | | H | | | X | | 5,554.00 |
| Account No. **xxxxxxxxxxx2040** | | | **Opened 11/01/05  Last Active 12/02/09** **credit card** | | | | |
| **Citi** **PO Box 6497** **Sioux Falls, SD 57117** | | H | | | X | | 1,982.00 |
| Account No. **xxxx8983** | | | **9/25-09** **Registration ticket** | | | | |
| **City of Calumet City** **204 Pulaski Road** **Calumet City, IL 60409** | | J | | | X | | 250.00 |
| Account No. **xxxx4766** | | | **Opened  2/01/06  Last Active 10/01/05** **Collection Cingular Wirele** | | | | |
| **Collection Company O** **700 Lonwater Drive** **Norwell, MA 02061** | | H | | | | | 413.00 |
| Account No. | | | **Representing:** **Collection Company O** | | | | **Notice Only** |
| **Cingular Wireless** **Glenridge Highlands Two** **5565 Glenridge Connector** **Atlanta, GA 30342** | | | | | | | |

Sheet no. __4__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,199.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Douglas Robert Steeves,**
       **Alicia Leigh Steeves**

Case No. _____

_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx5763**<br><br>**Collection Prof/Lasalle**<br>**723 1st Street**<br>**La Salle, IL 61301** | | W | | **Opened 10/27/09**<br>**Collection Advanced Eye Care SC** | | X | | 151.00 |
| Account No. **xxxx6355**<br><br>**Credit Management LP**<br>**4200 International Pkwy**<br>**Carrollton, TX 75007** | | W | | **Opened 4/07/09 Last Active 11/01/07**<br>**Collection Comcast Chicago Seco** | | X | | 270.00 |
| Account No. **xxxx8956**<br><br>**Credit Management LP**<br>**4200 International Pkwy**<br>**Carrollton, TX 75007** | | H | | **Opened 2/05/07 Last Active 7/01/05**<br>**Collection Comcast-Chicago Seco** | | X | | 134.00 |
| Account No. **xxxxxx1265**<br><br>**Credit Protection Association**<br>**13355 Noel Rd Ste 2100**<br>**Dallas, TX 75240** | | W | | **Opened 1/12/06 Last Active 10/01/05**<br>**Collection Insight Communication** | | X | | 204.00 |
| Account No. **xx-xxxxx-xxxxxxxxxxxxx90-00**<br><br>**Credit Protection Assoiation**<br>**13355 Noel Rd Ste 2100**<br>**Dallas, TX 75240** | | J | | **4-08**<br>**cale service Comcast** | | | | 320.70 |

Sheet no. __**5**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,079.70**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Douglas Robert Steeves,**
       **Alicia Leigh Steeves**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx7079**<br><br>**Creditors Collection Bureau Inc.**<br>**755 Almar Pkwy**<br>**Bourbonnais, IL 60914** | | W | | Opened  8/13/08 Last Active 12/01/07<br>**Collection Associated Radiologigists of Joliet** | | X | | 457.00 |
| Account No. **xxxxxx6475**<br><br>**Associated Radiologists Joliet**<br>**38969 Treasury Center**<br>**Chicago, IL 60694-9000** | | | | Representing:<br>**Creditors Collection Bureau Inc.** | | | | Notice Only |
| Account No. **xxx2142**<br><br>**Creditors Collection Bureau Inc.**<br>**755 Almar Pkwy**<br>**Bourbonnais, IL 60914** | | H | | Opened  8/18/06 Last Active  4/01/06<br>**Collection Riverside Medical Ce** | | | | 229.00 |
| Account No.<br><br>**Riverside Medical Center**<br>**Patient Accounts**<br>**350 N. Wall Street**<br>**Kankakee, IL 60901** | | | | Representing:<br>**Creditors Collection Bureau Inc.** | | | | Notice Only |
| Account No. **xxx1263**<br><br>**Creditors Collection Bureau Inc.**<br>**755 Almar Pkwy**<br>**Bourbonnais, IL 60914** | | W | | Opened  7/07/09 Last Active  4/01/09<br>**Collection Associate Pathologis** | | X | | 96.00 |

Sheet no. __6__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

782.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Douglas Robert Steeves,**                                    Case No. _____
        **Alicia Leigh Steeves**
                                                         ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3701** <br><br> **Creditors Collection Bureau Inc.** <br> **755 Almar Pkwy** <br> **Bourbonnais, IL 60914** | | H | **Opened  8/01/06  Last Active  1/01/06** <br> **Collection Provena Service Corp** <br> **1963701 89.00** <br> **1963702 89.00** | | | X | <br><br><br><br> 178.00 |
| Account No. **xxx3702** <br><br> **Creditors Collection Bureau Inc.** <br> **755 Almar Pkwy** <br> **Bourbonnais, IL 60914** | | H | **Opened  8/01/06  Last Active  3/01/06** <br> **Collection Provena Service Corp** | | | X | <br><br><br><br> 89.00 |
| Account No. <br><br> **Creditors Collection Bureau Inc.** <br> **755 Almar Pkwy** <br> **Bourbonnais, IL 60914** | | J | **misc collection accounts - unknown to debtors** | | | X | <br><br><br><br> **Unknown** |
| Account No. **xxxxxxx5891** <br><br> **Creditors Discount & Audit** <br> **415 E. Main Street** <br> **PO Box 213** <br> **Streator, IL 61364** | | J | **1/08** <br> **collection agent for  Hedges Clinic SC** | | | X | <br><br><br><br> 136.77 |
| Account No. **xx9978** <br><br> **Hedges Clinic** <br> **222 Colorado Avenue** <br> **Frankfort, IL 60423** | | | **Representing:** <br> **Creditors Discount & Audit** | | | | **Notice Only** |

Sheet no. __**7**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)

| 403.77 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Douglas Robert Steeves,**
     **Alicia Leigh Steeves**
                                                                    Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **D&D LLC** | | J | **debt owed** | | X | | 3,362.00 |
| Account No. **xxxxxxxx6543** <br><br> **Dependon Collection Services** <br> **PO Box 4833** <br> **Oak Brook, IL 60522** | | W | **Opened 7/15/08** <br> **Collection Pathology   Laboratory** | | X | | 180.00 |
| Account No. <br><br> **Pathology Laboratory Consultants Inc.** <br> **6965 Reliable Parkway** <br> **Chicago, IL 60686** | | | **Representing:** <br> **Dependon Collection Services** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxxxxxxxx1114** <br><br> **Dept Of Ed/Sallie Mae** <br> **11100 Usa Pkwy** <br> **Fishers, IN 46037** | | W | **Opened 11/14/08** <br> **Educational** | | X | | 6,401.00 |
| Account No. **xxxxxxxxxxxxxxxxxxxx0518** <br><br> **Dept Of Ed/Sallie Mae** <br> **11100 Usa Pkwy** <br> **Fishers, IN 46037** | | W | **Opened  5/18/09** <br> **Educational** | | | | 3,884.00 |

Sheet no. __8___ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **13,827.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Douglas Robert Steeves,**
**Alicia Leigh Steeves**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxxxxxxxxxxxxxx1114 **Dept Of Ed/Sallie Mae** **11100 Usa Pkwy** **Fishers, IN 46037** | | W | | Opened 11/14/08 Educational | | | | 3,500.00 |
| Account No. xxxxxxxxxxxxxxxxxx0518 **Dept Of Ed/Sallie Mae** **11100 Usa Pkwy** **Fishers, IN 46037** | | W | | Opened 5/18/09 Educational | | | | 2,187.00 |
| Account No. xxxxxxxx6007 **Discover Fin SVCS LLC** **PO Box 15316** **Wilmington, DE 19850** | H | | | Opened 5/07/91 Last Active 12/16/09 credit card | | | X | 8,784.00 |
| Account No. x9283 **EPMG of Illinois, S.C.** **P.O. Box 95968** **Oklahoma City, OK 73143** | J | | | 4/08/09 medical services Alicia | | | X | 281.00 |
| Account No. xxxxxxxx1631 **G M A C** **5400 Gateway Ctr** **Flint, MI 48507** | J | | | Opened 9/02/03 Last Active 11/03/09 Automobile | | | | 275.00 |

Sheet no. __9__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,027.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Douglas Robert Steeves,**
**Alicia Leigh Steeves**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | J | 10/05 | | | | |
| GE Money Bank P.O. Box 960061 Orlando, FL 32896 | | | | | X | | 4,731.00 |
| Account No. xxxxxxxx2608 | | H | Opened 9/21/04 Last Active 1/01/10 credt card | | | | |
| GEMB/JC Penney DC PO Box 981400 El Paso, TX 79998 | | | | | X | | 1,252.00 |
| Account No. xxxxxxxx0052 | | W | Opened 11/21/99 Last Active 4/28/06 ChargeAccount | | | | |
| GEMB/Leath Furniture PO Box 981439 El Paso, TX 79998 | | | | | X | | 88.00 |
| Account No. xxxxxxxx1631 | | H | Opened 9/01/03 Last Active 7/01/08 Auto Bad Debt | | | | |
| GMAC P O Box 1994 East Hanover, NJ 07936 | | | | | X | | 975.00 |
| Account No. xxxx4368 | | J | 9/08 collection agent for St. James Hospital Hlth. charge off !68.00 and 90.00 | | | | |
| Harris & Harris Ltd. 600 W. Jackson Blvd. Suite 400 Chicago, IL 60661 | | | | | X | | 258.00 |

Sheet no. __10__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,304.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Douglas Robert Steeves,**      Case No. _____
     **Alicia Leigh Steeves**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-2999** <br><br> **HS Financial Group LLC** <br> **PO Box 451193** <br> **Westlake, OH 44145** | | W | | | **4-08** <br> **credit card - US Bank Nat'l Assoc/** <br> **HS Financial Group LLC** | | X | | **7,499.00** |
| Account No. **xxxxxxxxxxxx3907** <br><br> **HSBC Bank** <br> **Bankruptcy Notice** <br> **PO Box 5253** <br> **Carol Stream, IL 60197** | | W | | | **Opened 10/18/06 Last Active 5/01/08** <br> **ChargeAccount** | | X | | **796.00** |
| Account No. **xxxxxxxxxxxx3086** <br><br> **HSBC Card Services** <br> **Bankruptcy notice** <br> **PO Box 80084** <br> **Salinas, CA 93912** | | W | | | **Opened 12/08/04 Last Active 6/01/08** <br> **ChargeAccount** | | X | | **575.00** |
| Account No. **xxxxxxxx4220****** <br><br> **HSBC Bank** <br> **Bankruptcy Notice** <br> **PO Box 5253** <br> **Carol Stream, IL 60197** | | | | | **Representing:** <br> **HSBC Card Services** | | | | **Notice Only** |
| Account No. **xxx3748** <br><br> **Iei Financial** <br> **2495 Directors Row Ste A** <br> **Indianapolis, IN 46241** | | W | | | **Opened 1/04/06 Last Active 8/07/07** <br> **Collection Vectren Energy Deliv** | | | | **0.00** |

Sheet no. __11__ of __24__ sheets attached to Schedule of          Subtotal       **8,870.00**
Creditors Holding Unsecured Nonpriority Claims       (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Douglas Robert Steeves,**       Case No. _____
     **Alicia Leigh Steeves**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx7800** | | | J | 06-23-09 tollway | | X | | |
| Illinois Tollway PO Box 5201 Lisle, IL 60532-5201 | | | | | | | | 61.80 |
| Account No. **xxxxxxx6301** | | W | | 6-08-09 tollway | | X | | |
| Illinois Tollway PO Box 5201 Lisle, IL 60532-5201 | | | | | | | | 103.00 |
| Account No. **xx-xxxxx8232** | | | J | 7-09 medical - Alicia | | X | | |
| Joliet Radiological Service Corp enter Chicago, IL 60694 | | | | | | | | 293.00 |
| Account No. **xxx3748** | | | J | 8/07 charge off - Silver Cross Hospital | | X | | |
| KCA Financial Services 628 North Street Geneva, IL 60134 | | | | | | | | 2,116.00 |
| Account No. **xxxxxx6475** | | | | Representing: KCA Financial Services | | | | Notice Only |
| Silver Cross Hospital Patient Accounts 1200 Maple Ro9ad Joliet, IL 60432 | | | | | | | | |

Sheet no. __**12**__ of __**24**__ sheets attached to Schedule of           Subtotal     | 2,573.80
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Douglas Robert Steeves,**   **Alicia Leigh Steeves**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx2634**<br><br>**Kca Financial Svcs**<br>**628 North St**<br>**Geneva, IL 60134** | | W | Opened 7/08/08<br>Collection Silver Cross Hospita | | | | 0.00 |
| Account No. **xxxxxxxx6152**<br><br>**Kohls/Chase**<br>**Bankruptcy Division**<br>**N56 W. 1700 Ridgewood Drive**<br>**Menomonee Falls, WI 53051** | | W | Opened 7/13/07  Last Active  2/01/09<br>ChargeAccount | | X | | 511.00 |
| Account No. **xxx9704**<br><br>**Merchants & Medical Credit Corp**<br>**6324 Taylor Drive**<br>**Flint, MI 48507** | | | Representing:<br>Kohls/Chase | | | | Notice Only |
| Account No. **xxxxxxxx1652**<br><br>**Kohls/Chase**<br>**Bankruptcy division**<br>**N56 W 17000 Ridgewood Drive**<br>**Menomonee Falls, WI 53051** | | H | Opened 6/13/09  Last Active  1/01/10<br>credit card | | X | | 369.00 |
| Account No. **xxx9704**<br><br>**Merchants & Meeical Credit Corp**<br>**6324 Taylor Drive**<br>**Flint, MI 48507** | | | Representing:<br>Kohls/Chase | | | | Notice Only |

Sheet no. __**13**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

880.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re __Douglas Robert Steeves,__                                    Case No. _____
       __Alicia Leigh Steeves__
_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx3404**<br><br>**Lafayette Accounts Service**<br>**200 Ferry St Ste C**<br>**Lafayette, IN 47901** | | W | **Opened 9/28/05 Last Active 2/01/05**<br>**Collection Arnett Clinic Llc** | | | X | 271.00 |
| Account No. **xxxxxxxxxxx177E**<br><br>**Leasecomm**<br>**950 Winter St**<br>**Waltham, MA 02451** | | W | **Opened 7/14/99 Last Active 7/01/04** | | | | 0.00 |
| Account No. **xxxxxxxxxxxx7429**<br><br>**Lerners**<br>**Po Box 182121**<br>**Columbus, OH 43218-1212** | | W | **Opened 3/01/88 Last Active 12/01/01**<br>**ChargeAccount** | | | | 0.00 |
| Account No. **xxxxxxxxxxxx3054**<br><br>**LVNV Funding LLC**<br>**P0 Box 740281**<br>**Houston, TX 77274** | | W | **Opened 4/04/07 Last Active 5/01/06**<br>**Collection Citibank Sears Premi** | | | X | 1,025.00 |
| Account No. **xxxxxxxxxxxx8287**<br><br>**LVNV Funding LLC**<br>**PO Box 740281**<br>**Houston, TX 77274** | | W | **Opened 12/30/08 Last Active 9/01/07**<br>**Collection Citibank Sears Gold** | | | X | 1,018.00 |

Sheet no. __14__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          2,314.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Douglas Robert Steeves,**
    **Alicia Leigh Steeves**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J C | | | | | | |
| **Account No. xxxxx6516**<br><br>**Macys/Fdsb**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | J | | | | Opened 6/24/90 Last Active 4/08/92<br>ChargeAccount | | | | **Unknown** |
| **Account No. Lease contract**<br><br>**Mark Ritter**<br>**538 E. Illinois Hwy**<br>**New Lenox, IL** | J | | | | 1/09/09<br>lease for business - personall surety<br>8000 plus fees and costs<br>WILL COUNTY CASE 09-SC-07362 | | X | | **8,000.00** |
| **Account No. WILL COUNTY CASE 09-SC-07362**<br><br>**Dennis B. Porrick, Ltd.**<br>**63 West Jefferson Street**<br>**Joliet, IL 60432** | | | | | Representing:<br>Mark Ritter | | | | **Notice Only** |
| **Account No. xxxxx5886**<br><br>**Midland Credit Mgmt**<br>**8875 Aero Dr**<br>**San Diego, CA 92123** | W | | | | Opened 5/29/07 Last Active 11/01/04<br>Collection Target Financial Ser | | X | | **4,909.00** |
| **Account No. unknown**<br><br>**Midland Credit Mgmt.**<br>**P.O. Box 939019**<br>**San Diego, CA 92193** | J | | | | 10/08<br>debt owed | | X | | **4,277.00** |

Sheet no. __15__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,186.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Douglas Robert Steeves,**
        **Alicia Leigh Steeves**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9139** | | | Opened 8/06/09 Collection Uic - Dept Of Neuros | | | | |
| **MRSI** 2250 E Devon Ave Ste 352 Des Plaines, IL 60018 | | W | | | X | | |
| | | | | | | | 230.00 |
| Account No. **xx-xxx-xxxxxx8802** | | | 2006 loan | | | | |
| **National City Bank** PO Box 856153 Louisville, KY 40285 | | W | | | X | | |
| | | | | | | | 7,640.46 |
| Account No. **xxxxx4401** | | | Opened 6/12/98 Last Active 3/01/03 ChargeAccount | | | | |
| **Nbgl-Carsons** 140 W Industrial Dr Elmhurst, IL 60126 | | J | | | | | |
| | | | | | | | 0.00 |
| Account No. **xxxx4636** | | | Opened 2/18/05 Last Active 3/22/05 Collection Home Hospital | | | | |
| **NCO Fin/38** PO Box 13564 Philadelphia, PA 19101 | | W | | | X | | |
| | | | | | | | 189.00 |
| Account No. **xxxx8250** | | | Opened 10/28/05 Last Active 12/05/05 Collection Home Hospital | | | | |
| **NCO Fin/38** PO Box 13564 Philadelphia, PA 19101 | | W | | | X | | |
| | | | | | | | 168.00 |

Sheet no. __16__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,227.46

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Douglas Robert Steeves,**
     **Alicia Leigh Steeves**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**North Star Capital Acquisition** | | J | 10/08<br>debt | | X | | 1,553.00 |
| Account No. **xxxxxx8802**<br><br>**PNC Bank**<br>**PO Box 5055**<br>**Indianapolis, IN 46255** | | W | Opened  3/03/00  Last Active  4/28/06<br>ChargeAccount | | X | | 8,162.00 |
| Account No. **xxxxxxxxx8261**<br><br>**Professional Medical Collection**<br>**P0 Box 10166**<br>**Peoria, IL 61612** | | W | Opened 11/04/09<br>Collection Med1 Central III Radiologists | | X | | 1,117.00 |
| Account No.<br><br>**Central Illinois Radiology Assoc. Lt.**<br>**7800 N. Sommer St. Suite 420**<br>**Peoria, IL 61615** | | | Representing:<br>**Professional Medical Collection** | | | | Notice Only |
| Account No. **xxxxxxxx0161**<br><br>**Professional Medical Collection**<br>**Po Box 10166**<br>**Peoria, IL 61612** | | W | Opened 11/04/09<br>Collection Med1 Central III Rad | | X | | 266.00 |

Sheet no. __17__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,098.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Douglas Robert Steeves,**
**Alicia Leigh Steeves**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxx5191** | | | | Opened 7/01/09 | | | | |
| **Professional Medical Collection** **P0 Box 10166** **Peoria, IL 61612** | | W | | | | X | | |
| | | | | | | | | 258.00 |
| Account No. **xxxx6105** | | | | Opened 1/16/06 Collection Lafayette Emergency | | | | |
| **Professional Recovery** **7319 W Jefferson Blvd** **Fort Wayne, IN 46804** | | W | | | | | | |
| | | | | | | | | 45.00 |
| Account No. **xxxx6104** | | | | Opened 8/02/05 Last Active 2/24/06 Collection Lafayette Emergency | | | | |
| **Professional Recovery** **7319 W Jefferson Blvd** **Fort Wayne, IN 46804** | | W | | | | | | |
| | | | | | | | | 20.00 |
| Account No. **xxxx6106** | | | | Opened 1/16/06 Collection Lafayette Emergency | | | | |
| **Professional Recovery** **7319 W Jefferson Blvd** **Fort Wayne, IN 46804** | | W | | | | | | |
| | | | | | | | | 2.00 |
| Account No. **xxxx6103** | | | | Opened 8/02/05 Last Active 2/24/06 Collection Lafayette Emergency | | | | |
| **Professional Recovery** **7319 W Jefferson Blvd** **Fort Wayne, IN 46804** | | W | | | | X | | |
| | | | | | | | | Unknown |

Sheet no. __18__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

325.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Douglas Robert Steeves,**    Case No. _____
    **Alicia Leigh Steeves**

_____ ,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6103**<br><br>**Professional Recovery**<br>**7319 W Jefferson Blvd.**<br>**Fort Wayne, IN 46804** | | J | **2/06**<br>**charge off - Lafayette Emergency** | | X | | 61.00 |
| Account No. **xxxxx-xxxx-xx-x2527**<br><br>**Reiling Teder & Schrier LLC**<br>**415 Columbia Street Ste 3000**<br>**PO Box 280**<br>**La Fayette, IN 47902** | | J | **7-2006**<br>**collection suit - D&D LLC, vs. Alicia Parrish**<br>**4006.67 since 10/12/09** | | X | | 4,006.67 |
| Account No. **xx6189**<br><br>**Riverside Community Health Center**<br>**P.O. Box 781**<br>**Kankakee, IL 60901** | | J | **7-31-09**<br>**medical services - Alicia** | | X | | 109.14 |
| Account No. **xx6788**<br><br>**Riverside Physician Practices**<br>**PO Box 781**<br>**Kankakee, IL 60901** | | J | **7-31-09**<br>**medical services Alicia** | | X | | 172.00 |
| Account No. **xxxxxxxxxxx6953**<br><br>**Rogersholl**<br>**P.O. Box 981400  C145**<br>**El Paso, TX 79998** | | H | **Opened 10/01/98  Last Active  4/01/04**<br>**ChargeAccount** | | X | | 0.00 |

Sheet no. __19__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **4,348.81**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Douglas Robert Steeves,**
**Alicia Leigh Steeves**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxxxxxxxxxxx0319** | | | | Opened  3/19/03  Last Active 12/01/09 Educational | | | | |
| **Sallie Mae** **11100 USA Pkwy** **Fishers, IN 46037** | | H | | | | X | | |
| | | | | | | | | 7,625.00 |
| Account No. **xxxxxxxxxxxxxxxxxx0505** | | | | Opened  5/05/04  Last Active 12/01/09 Educational | | | | |
| **Sallie Mae** **11100 USA Pkwy** **Fishers, IN 46037** | | H | | | | X | | |
| | | | | | | | | 6,006.00 |
| Account No. **xxxxxxxx1036** | | | | Opened  5/05/04  Last Active  8/01/05 Educational | | | | |
| **Sallie Mae** **11100 Usa Pkwy** **Fishers, IN 46037** | | H | | | | | | |
| | | | | | | | | 0.00 |
| Account No. **xxxxxxxxxxxxxxxxxx1114** | | | | Opened 11/14/08 Educational- PMT DEFERRED | | | | |
| **Sallie Mae** **11100 USA Pkwy** **Fishers, IN 46037** | | H | | | | X | | |
| | | | | | | | | 6,401.00 |
| Account No. **xxxxxxxxxxxxxxxxxx1114** | | | | Opened 11/14/08 Educational | | | | |
| **Sallie Mae** **11100 Usa Pkwy** **Fishers, IN 46037** | | W | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __20__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,032.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Douglas Robert Steeves,**
    **Alicia Leigh Steeves**

Case No. _____

_____,
                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxxxxxxx0518<br><br>**Sallie Mae**<br>**11100 USA Pkwy**<br>**Fishers, IN 46037** | | W | Opened  5/18/09<br>**Educational PAYMENT DEFERRED** | | X | | 3,884.00 |
| Account No. xxxxxxxxxxxxxxxxxx0518<br><br>**Sallie Mae**<br>**11100 Usa Pkwy**<br>**Fishers, IN 46037** | | W | Opened  5/18/09<br>**Educational** | | | | 0.00 |
| Account No. xxxxxxxx1016<br><br>**Sallie Mae**<br>**11100 USA Pkwy**<br>**Fishers, IN 46037** | | H | Opened  3/19/03<br>**Educational PAYMENT DEFERRED** | | X | | 7,359.00 |
| Account No. xxxxxxxxxxxxxxxxxxxx1114<br><br>**Sallie Mae**<br>**11100 USA Pkwy**<br>**Fishers, IN 46037** | | H | 11/08<br>**student loan PAYMENT DEFERRED** | | X | | 3,500.00 |
| Account No. xxxxxxxx1016<br><br>**Sallie Mae Servicing**<br>**1002 Arthur Dr**<br>**Lynn Haven, FL 32444** | | H | Opened 11/13/03  Last Active  1/01/04<br>**Educational** | | X | | Unknown |

Sheet no. __21__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,743.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Douglas Robert Steeves,**　　　　　　　　　　　Case No. _____
　　　　**Alicia Leigh Steeves**
_____ ,
　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxx0830** <br><br> **Sears/CBSD** <br> **PO Box 6189** <br> **Sioux Falls, SD 57117** | J | | | Opened  2/26/00  Last Active  1/01/10 <br> ChargeAccount | | X | | 119.00 |
| Account No. **xxxx-xxxx-xxxx-3054** <br><br> **Sears/Cbsd** <br> **Po Box 6189** <br> **Sioux Falls, SD 57117** | W | | | Opened  7/05/02  Last Active  8/21/06 <br> ChargeAccount | | | | 1,020.06 |
| Account No. **xxx4207** <br><br> **JC Christensen and Associates Inc.** <br> **PO Box 519** <br> **Sauk Rapids, MN 56379** | | | | Representing: <br> Sears/Cbsd | | | | **Notice Only** |
| Account No. **7347** <br><br> **Sport Designs** <br> **1707 West 5550 North** <br> **Saint George, UT 84770** | H | | | 9/19/08 <br> guarantor for Synthetic Turf of Illinois | | X | | 8,160.00 |
| Account No. **Synthetic Turf - tax preparati** <br><br> **Susan Lange CPA PC** <br> **19158 S. 88th Avenue** <br> **Mokena, IL 60448** | J | | | ongoing <br> guarantor for tax preparation 2007-2008 | | X | | 4,090.00 |

Sheet no. __22__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　13,389.06

B6F (Official Form 6F) (12/07) - Cont.

In re    **Douglas Robert Steeves,**
**Alicia Leigh Steeves**                                                        Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **D-E ST Illinois**<br><br>**Synthetic Turf International**<br>**508 Commerce Way**<br>**Jupiter, FL 33458-5532** | | J | **9-09 thru 3-26-10 purchases** | | X | | 29,461.50 |
| Account No. **xxxxxxxxxxxx7004**<br><br>**Target National Bank**<br>**Bankruptcy division**<br>**PO Box 673**<br>**Minneapolis, MN 55440** | | H | **Opened  2/03/00 Last Active  1/06/10 credit card** | | X | | 365.00 |
| Account No. **xx0939**<br><br>**The University of Illl at Chicago**<br>**Physicians Group**<br>**135 South LaSalle Street Bx 3293**<br>**Chicago, IL 60674** | | W | **4/14 - 6/21/09 medical services** | | X | | 230.00 |
| Account No. **xx8198**<br><br>**Transworld Systems Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | H | **2009 guarantor for purchases - Synthetic Turf of Illinois** | | X | | 2,476.09 |
| Account No. **xxxxxxx0300**<br><br>**U S Bank**<br>**101 5th St E Ste A**<br>**Saint Paul, MN 55101** | | J | **Opened  1/01/00 Last Active  2/22/07 ChargeAccount charge off** | | X | | 8,397.00 |

Sheet no. __**23**__ of __**24**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **40,929.59**

B6F (Official Form 6F) (12/07) - Cont.

In re **Douglas Robert Steeves,**
     **Alicia Leigh Steeves**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx3881**<br><br>**University Pathologists, P.C.**<br>**5620 Southwyck Blvd.**<br>**Toledo, OH 43614** | | W | **3-17-09 -43.20 and 11/10/09 38.00**<br>**Alicia Steeves**<br>**029124569 - $38.00** | | | X | **81.20** |
| Account No. **027792881**<br><br>**MCQ Collection Services**<br>**PO Box 140700**<br>**Toledo, OH 43614** | | | **Representing:**<br>**University Pathologists, P.C.** | | | | **Notice Only** |
| Account No. **xxxx5397**<br><br>**Vector Marketing Corporation**<br>**1116 East State Street**<br>**Olean, NY 14760-3813** | | W | **12-07; 02-06; 02-10**<br>**balance due** | | | X | **230.00** |
| Account No. **xxxx-xxxxx813-2**<br><br>**Westwood College CHR**<br>**C/O UNISA INC**<br>**7400 E. Arapahoe Rd Ste #10**<br>**Englewood, CO 80112-1279** | | W | **11-09**<br>**amount owed** | | | X | **2,254.00** |
| Account No. **xxxxxx7026**<br><br>**Zenith Acquisition**<br>**220 John Glenn Dr # 1**<br>**Amherst, NY 14228** | | W | **Opened  1/13/07**<br>**Collection Wells Fargo Financial** | | | X | **Unknown** |

Sheet no. __24__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **2,565.20**

Total
(Report on Summary of Schedules)      **239,942.49**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re     **Douglas Robert Steeves,**                                          Case No. _____
          **Alicia Leigh Steeves**
_____,
                              Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re   **Douglas Robert Steeves,**                                          Case No. _____
        **Alicia Leigh Steeves**
_____,
                              Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Douglas Robert Steeves**
**Alicia Leigh Steeves**
_____
Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **artificial turf installer** | **Medical Assistant** |
| Name of Employer | **Synthetic Turf of Illinois, Inc.** | **Jalaja V. Piska MD LTD** |
| How long employed | **9 yrs** | **6 months** |
| Address of Employer | **420 W. North Street**<br>**Peotone, IL 60468** | **998 Maple Ridge Court**<br>**Frankfort, IL 60423** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **5,200.00** | $ | **904.48** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **5,200.00** | $ | **904.48** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **1,378.52** | $ | **100.95** |
| b. Insurance | $ | **0.00** | $ | **0.00** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,378.52** | $ | **100.95** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **3,821.48** | $ | **803.53** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **3,821.48** | $ | **803.53** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **4,625.01** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Douglas Robert Steeves**
       **Alicia Leigh Steeves**                                    Case No. _____
_____
                     Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,200.00 |
|    a. Are real estate taxes included?      Yes ___     No   X | | |
|    b. Is property insurance included?      Yes ___     No   X | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 250.00 |
|            b. Water and sewer | $ | 70.00 |
|            c. Telephone | $ | 0.00 |
|            d. Other   **See Detailed Expense Attachment** | $ | 400.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 124.01 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 200.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | $ | 0.00 |
|            b. Life | $ | 0.00 |
|            c. Health | $ | 0.00 |
|            d. Auto | $ | 56.00 |
|            e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|       (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | $ | 425.00 |
|            b. Other _____ | $ | 0.00 |
|            c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 600.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |
|      Other _____ | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,625.01 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 4,625.01 |
| b.   Average monthly expenses from Line 18 above | $ | 4,625.01 |
| c.   Monthly net income (a. minus b.) | $ | 0.00 |

**B6J (Official Form 6J) (12/07)**

In re  **Douglas Robert Steeves**
    **Alicia Leigh Steeves**                          Case No. _____

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| **Comcast-phone, internet, cable** | $ **200.00** |
| **Cell Phone** | $ **200.00** |
| **Total Other Utility Expenditures** | $ **400.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Douglas Robert Steeves**
      **Alicia Leigh Steeves**

                              Debtor(s)

Case No. _____

Chapter    **7**   _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   __**39**__   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 13, 2010**              Signature    **/s/ Douglas Robert Steeves**

                                                      **Douglas Robert Steeves**
                                                      Debtor

Date   **August 13, 2010**              Signature    **/s/ Alicia Leigh Steeves**

                                                       **Alicia Leigh Steeves**
                                                      Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Douglas Robert Steeves**          Case No.
       **Alicia Leigh Steeves**

                            Debtor(s)        Chapter     **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$23,694.00** | **2008: wife filed separately** |
| **$45,355.00** | **2008: husband filed separately** |
| **$41,781.00** | **2007: husband's (not married until 12-10-08)** |
| **$18,000.00** | **2008: wife (filed separately married 12-10-08)  Check exact amount** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT | SOURCE

---

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Mark Ritter vs. Synthetic Turf of Illinois, Douglas Steeves, personally and Alicia Steeves Will County Case No. 09-SC-0736** | **small claim suit** | **Will County Courthouse 14 W. Jefferson Street Joliet, IL 60432** | **judgment** |
| **D & D, LLC v Alicia Parrish 79D04-0606-SC-02527** | **Small Claims** | **State of Indiana, County of Tippecanoe Tippecanoe Superior Court 4 301 Main Street Lafayette, IN 47901** | **Pending** |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Lindsay A. Parkhurst, P.C** **1 Dearborn Square, Suite 320** **Kankakee, IL 60901-3957** | **1-25-2010** | **$1,250.00** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                              DATES OF OCCUPANCY

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|------|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------|------|

7

### 20. Inventories

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None
■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

8

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **August 13, 2010**                    Signature **/s/ Douglas Robert Steeves**

**Douglas Robert Steeves**
Debtor

Date **August 13, 2010**                    Signature **/s/ Alicia Leigh Steeves**

**Alicia Leigh Steeves**
Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Douglas Robert Steeves**
**Alicia Leigh Steeves**                                                  Case No. _____
                                          Debtor(s)        Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Wachovia Dealer Service** | **Describe Property Securing Debt:**<br>**2004 Chevy Silverado, loan Wakovia, owe $17,664, mileage 70,000** |

Property will be (check one):
  ☐ Surrendered                          ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt                          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **August 13, 2010** _____        Signature  **/s/ Douglas Robert Steeves** _____
                                                            **Douglas Robert Steeves**
                                                            Debtor

Date  **August 13, 2010** _____        Signature  **/s/ Alicia Leigh Steeves** _____
                                                            **Alicia Leigh Steeves**
                                                            Joint Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re  **Douglas Robert Steeves**
**Alicia Leigh Steeves**

Case No.
Debtor(s)

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $   **1,250.00** |
| Prior to the filing of this statement I have received | $   **1,250.00** |
| Balance Due | $   **0.00** |

2.   $  **0.00**  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

■ Debtor   □ Other (specify):

4.   The source of compensation to be paid to me is:

■ Debtor   □ Other (specify):

5.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

□  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions,or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 13, 2010**

**/s/ Lindsay Parkhurst**
**Lindsay Parkhurst**
**Law Offices of Lindsay A. Parkhurst, P.C.**
**1 Dearborn Square, Suite 320**
**Kankakee, IL 60901-3957**
**815-933-0114  Fax: 815-933-7658**
**Lindsay@Parkhurstlaw.com**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Douglas Robert Steeves**
     **Alicia Leigh Steeves**            Case No. _____
                         Debtor(s)      Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

      I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Douglas Robert Steeves**
**Alicia Leigh Steeves**                 X   **/s/ Douglas Robert Steeves**         **August 13, 2010**
Printed Name(s) of Debtor(s)                Signature of Debtor             Date

Case No. (if known) _____      X   **/s/ Alicia Leigh Steeves**           **August 13, 2010**
                                       Signature of Joint Debtor (if any)       Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                       Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Douglas Robert Steeves**
**Alicia Leigh Steeves**
_____    Case No. _____
                                          Debtor(s)           Chapter    **7**    _____


## VERIFICATION OF CREDITOR MATRIX


Number of Creditors:        _____    **96**



The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.



Date:    **August 13, 2010**          **/s/ Douglas Robert Steeves**
_____          _____
                              **Douglas Robert Steeves**
                              Signature of Debtor

Date:    **August 13, 2010**          **/s/ Alicia Leigh Steeves**
_____          _____
                              **Alicia Leigh Steeves**
                              Signature of Debtor

Afni, Inc.
PO Box 3427
Bloomington, IL 61702


AMEX
Bankruptcy Division
P.O. Box 297871
Fort Lauderdale, FL 33329-7871


AMEX
P.O. Box 297871
Fort Lauderdale, FL 33329-7871


Associated Radiologists Joliet
38969 Treasury Center
Chicago, IL 60694-9000


AT&T Mobile
5020 Ash Grove Rd.
Springfield, IL 62711


Bank One f/k/a First USA
C/O Viking Collection Service Inc.
7500 Office Ridge Circle
Eden Prairie, MN 55344-3678


Capital One
PO Box 85520
Richmond, VA 23285


Capital One
P0 Box 85520
Richmond, VA 23285


Capital One Bank
Po Box 85520
Richmond, VA 23285


Central Illinois Radiologists SC
Patient Accounts
7800 N Sommer St. - Ste #420
Peoria, IL 61615

Central Illinois Radiology Assoc. Lt.
7800 N. Sommer St. Suite 420
Peoria, IL 61615

Chase
Bankruptcy Division
PO Box 15298
Wilmington, DE 19850

Chase
P0 Box 15298
Wilmington, DE 19850

Cingular Wireless
Glenridge Highlands Two
5565 Glenridge Connector
Atlanta, GA 30342

Citi
PO Box 6497
Sioux Falls, SD 57117

City of Calumet City
204 Pulaski Road
Calumet City, IL 60409

Collection Company O
700 Lonwater Drive
Norwell, MA 02061

Collection Prof/Lasalle
723 1st Street
La Salle, IL 61301

Credit Management LP
4200 International Pkwy
Carrollton, TX 75007

Credit Protection Association
13355 Noel Rd Ste 2100
Dallas, TX 75240

Credit Protection Assoiation
13355 Noel Rd Ste 2100
Dallas, TX 75240

Creditors Collection Bureau Inc.
755 Almar Pkwy
Bourbonnais, IL 60914


Creditors Discount & Audit
415 E. Main Street
PO Box 213
Streator, IL 61364


D&D LLC


Dennis B. Porrick, Ltd.
63 West Jefferson Street
Joliet, IL 60432


Dependon Collection Services
PO Box 4833
Oak Brook, IL 60522


Dept Of Ed/Sallie Mae
11100 Usa Pkwy
Fishers, IN 46037


Discover Fin SVCS LLC
PO Box 15316
Wilmington, DE 19850


EPMG of Illinois, S.C.
P.O. Box 95968
Oklahoma City, OK 73143


G M A C
5400 Gateway Ctr
Flint, MI 48507


GE Money Bank
P.O. Box 960061
Orlando, FL 32896


GEMB/JC Penney DC
PO Box 981400
El Paso, TX 79998

GEMB/Leath Furniture
PO Box 981439
El Paso, TX 79998


GMAC
P O Box 1994
East Hanover, NJ 07936


Harris & Harris Ltd.
600 W. Jackson Blvd. Suite 400
Chicago, IL 60661


Hedges Clinic
222 Colorado Avenue
Frankfort, IL 60423


HS Financial Group LLC
PO Box 451193
Westlake, OH 44145


HSBC Bank
Bankruptcy Notice
PO Box 5253
Carol Stream, IL 60197


HSBC Card Services
Bankruptcy notice
PO Box 80084
Salinas, CA 93912


Iei Financial
2495 Directors Row Ste A
Indianapolis, IN 46241


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


JC Christensen and Associates Inc.
PO Box 519
Sauk Rapids, MN 56379


Joliet Radiological Service Corp
enter
Chicago, IL 60694

KCA Financial Services
628 North Street
Geneva, IL 60134


Kca Financial Svcs
628 North St
Geneva, IL 60134


Kohls/Chase
Bankruptcy Division
N56 W. 1700 Ridgewood Drive
Menomonee Falls, WI 53051


Kohls/Chase
Bankruptcy division
N56 W 17000 Ridgewood Drive
Menomonee Falls, WI 53051


Lafayette Accounts Service
200 Ferry St Ste C
Lafayette, IN 47901


Leasecomm
950 Winter St
Waltham, MA 02451


Lerners
Po Box 182121
Columbus, OH 43218-1212


LVNV Funding LLC
P0 Box 740281
Houston, TX 77274


LVNV Funding LLC
PO Box 740281
Houston, TX 77274


Macys/Fdsb
9111 Duke Blvd
Mason, OH 45040


Mark Ritter
538 E. Illinois Hwy
New Lenox, IL

MCQ Collection Services
PO Box 140700
Toledo, OH 43614


Merchants & Medical Credit Corp
6324 Taylor Drive
Flint, MI 48507


Merchants & Meeical Credit Corp
6324 Taylor Drive
Flint, MI 48507


Midland Credit Mgmt
8875 Aero Dr
San Diego, CA 92123


Midland Credit Mgmt.
P.O. Box 939019
San Diego, CA 92193


MRSI
2250 E Devon Ave Ste 352
Des Plaines, IL 60018


National City Bank
PO Box 856153
Louisville, KY 40285


Nbgl-Carsons
140 W Industrial Dr
Elmhurst, IL 60126


NCO Fin/38
PO Box 13564
Philadelphia, PA 19101


North Star Capital Acquisition


OAC
PO Box 371100
Milwaukee, WI 53237-1068

OAC PO
PO Box 37110
Milwaukee, WI 53237


OSI Collection Services, Inc.
P.O. Box 952
Brookfield, WI 53008


Pathology Laboratory Consultants Inc.
6965 Reliable Parkway
Chicago, IL 60686


PNC Bank
PO Box 5055
Indianapolis, IN 46255


Professional Medical Collection
P0 Box 10166
Peoria, IL 61612


Professional Medical Collection
Po Box 10166
Peoria, IL 61612


Professional Recovery
7319 W Jefferson Blvd
Fort Wayne, IN 46804


Professional Recovery
7319 W Jefferson Blvd.
Fort Wayne, IN 46804


Reiling Teder & Schrier LLC
415 Columbia Street Ste 3000
PO Box 280
La Fayette, IN 47902


Riverside Community Health Center
P.O. Box 781
Kankakee, IL 60901


Riverside Medical Center
Patient Accounts
350 N. Wall Street
Kankakee, IL 60901

Riverside Physician Practices
PO Box 781
Kankakee, IL 60901


Rogersholl
P.O. Box 981400 C145
El Paso, TX 79998


Sallie Mae
11100 USA Pkwy
Fishers, IN 46037


Sallie Mae Servicing
1002 Arthur Dr
Lynn Haven, FL 32444


Sears/CBSD
PO Box 6189
Sioux Falls, SD 57117


Silver Cross Hospital
Patient Accounts
1200 Maple Ro9ad
Joliet, IL 60432


Sport Designs
1707 West 5550 North
Saint George, UT 84770


Susan Lange CPA PC
19158 S. 88th Avenue
Mokena, IL 60448


Synthetic Turf International
508 Commerce Way
Jupiter, FL 33458-5532


T-H Professional and Med Collection
PO Box 10166
Peoria, IL 61612-0166


T-H Professional and Med Collections Ltd
PO Box 10166
Peoria, IL 61612-0166

Target National Bank
Bankruptcy division
PO Box 673
Minneapolis, MN 55440


The University of Illl at Chicago
Physicians Group
135 South LaSalle Street Bx 3293
Chicago, IL 60674


Transworld Systems Inc.
507 Prudential Road
Horsham, PA 19044


U S Bank
101 5th St E Ste A
Saint Paul, MN 55101


University Pathologists, P.C.
5620 Southwyck Blvd.
Toledo, OH 43614


Vector Marketing Corporation
1116 East State Street
Olean, NY 14760-3813


Wachovia Dealer Service
PO Box 1697
Winterville, NC 28590


Westwood College CHR
C/O UNISA INC
7400 E. Arapahoe Rd Ste #10
Englewood, CO 80112-1279


Zenith Acquisition
220 John Glenn Dr # 1
Amherst, NY 14228